■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN W. PALMER, Appellant. (Appeal No. 1.) [751 NYS2d 897] —Appeal from a judgment of Cattaraugus County Court (Himelein, J.), entered January 8, 2001, convicting defendant upon his plea of guilty of felony driving while intoxicated.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: The waiver by defendant of his right to appeal encompasses his contentions that County Court improperly revoked his probation and sentenced him to a term of incarceration (*see People v Stakowski,* 276 AD2d 909, 910-911) and that his sentence is unduly harsh and severe (*see People v Lococo,* 92 NY2d 825, 827). Present—Pigott, Jr., P.J., Green, Hayes, Scudder and Lawton, JJ.